AO 106 (Rev. 04/10) Application for a Search Warrant                    CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
OCT 10 2019
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No. 7:19mj132
BLACK SAMSUNG CELLULAR PHONE ATF ITEM )
#0019, "DEVICE 1", CURRENTLY LOCATED IN THE )
ATF ROANOKE VAULT )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the ___Western___ District of ___Virginia___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1) | Distribute or possess with intent to distribute a controlled substance |
| 21 USC 846 | Conspiracy to distribute or possess with intent to distribute a controlled substance |

The application is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.
☐ Delayed notice of ___ days (give exact ending date if more than 30 days: ___) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*/s/* ATF, TFO
Applicant's signature

William Engel, Task Force Officer, ATF
Printed name and title

Sworn to before me and signed in my presence.

Date: September 10, 2019

*/s/*
Judge's signature

City and state: Roanoke, Virginia

Robert S. Ballou, US Magistrate Judge
Printed name and title